UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GALINA MHA, individually and on behalf
of a class,

    PLAINTIFF,                                      CASE NO. 19-cv-13493-LJM-MJH

v.

R1 RCM, INC., d/b/a
MEDICAL FINANCIAL SOLUTIONS,

    DEFENDANT.

## STIPULATION OF DISMISSAL

Plaintiff Galina Mha and Defendant R1 RCM, Inc., d/b/a Medical Financial Solutions, by their respective attorneys, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of Plaintiff's individual claims with prejudice and without costs, sanctions, or attorneys' fees.  The class claims shall be dismissed without prejudice with each party to bear its own costs.

Respectfully submitted,

| | |
|---|---|
| /s/Adam G. Taub | /s/Scott S. Gallagher |
| Adam G. Taub | Scott S. Gallagher |
| Adam G. Taub | Scott S. Gallagher |
| Adam G. Taub & Associates | Florida Bar No. 0371970 |
| Consumer Law Group, PLC | Email: ssgallagher@sgrlaw.com |
| 17200 West 10 Mile Road | Richard D. Rivera |
| Suite 200 | Florida Bar No. 108251 |
| Southfield, MI 48075 | Email: rrivera@sgrlaw.com |
| adamgtaub@clgplc.net | |

1

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

GALINA MHA, individually and on behalf
of a class,

      PLAINTIFF,                                  CASE NO. 19-cv-13493-LJM-MJH

v.

R1 RCM, INC., d/b/a
MEDICAL FINANCIAL SOLUTIONS,

      DEFENDANT.

## **ORDER DISMISSING CASE WITH PREJUDICE**

The Court dismisses Plaintiff's individual claims with prejudice and without costs, sanctions, or attorneys' fees. The class claims shall be dismissed without prejudice with each party to bear its own costs.

      SO ORDERED

Dated: May 11, 2020

                                    s/Laurie J. Michelson
                                    LAURIE J. MICHELSON
                                    UNITED STATES DISTRICT JUDGE